**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7498**
_____

JEFFREY MCCLELLAN,

                    Plaintiff - Appellant,

          v.

BRENDA LEWIS,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:08-cv-00260-REP)

_____

Submitted:  February 4, 2010      Decided:  February 22, 2010

_____

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey McClellan, Appellant Pro Se. Elizabeth Kay Dillon, Adam
Swann, GUYNN, MEMMER & DILLON, PC, Salem, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey McClellan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McClellan v. Lewis, No. 3:08-cv-00260-REP (E.D. Va. Aug. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED